

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 27, 2020

**BY HAND**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Leigh F. Murray*, **20 Mag. 1480**

Dear Judge Davison:

    The defendant in the above-referenced case, Leigh F. Murray, was arrested this week in Ireland based on the Government's request for provisional arrest. In light of Murray's arrest and the expected commencement of extradition proceedings in Ireland, the Government respectfully requests that the Court unseal the currently sealed complaint and related arrest warrant.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

                By:   _____
                         Derek Wikstrom
                         Assistant United States Attorney
                         Tel: (914) 993-1946

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE

2/27/20