UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LEIGH MURRAY

                             Defendant(s).
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/20

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20 Mag. 1480

Defendant **Leigh Murray** hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or X___ teleconferencing:

X___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X___     Bail/Detention Hearing

___     Conference Before a Judicial Officer - Assignment of Counsel


/s/ Leigh Murray
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Susanne Brody__/s/_____
Defendant's Counsel's Signature

Leigh F Murray
Print Defendant's Name

_____Susanne Brody__
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

____June 25, 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge