| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>81 Main Street Suite 300<br>White Plains, N.Y. 10601<br>Tel: (914) 428-7124  Fax: (914) 997-6872 |
| David E. Patton<br>*Executive Director*<br>*and Attorney-in-Chief* | Susanne Brody<br>*Attorney-in-Charge*<br>*White Plains* |

July 2, 2020

BY EMAIL
The Honorable
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

Re: <u>United States v. Leigh Murray</u>
20 Mag. 1480(UA)

Dear Magistrate Judge Davison,

This letter is written on behalf of Ms. Murray and requests an extension of time, until Monday, July 6, 2020, for her father to sign her surety bond. Ms. Murray was before the Court on June 25, 2020 at which time this Court set her bail conditions which included a $150,000.Bond, one financially responsible co-signer, GPS monitoring, a curfew and her compliance with her outstanding state cases. Her father has been interviewed by the government and has been approved as a bond signer. Unfortunately, with his work schedule it has been difficult to arrange the bond signing. The government does not oppose this request.

Your attention to the matter is most appreciated.

Respectfully submitted
    /s/
Susanne Brody

cc: Derek Wikstrom, AUSA
    Leo Barrios, USPTO
    Ms. LeighMurray

Application granted.  7/2/20