UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

   UNITED STATES OF AMERICA,                        **CONSENT TO PROCEED TELEPHONE
                                                         OR VIDEO CONFERENCE**

                          -against-

                                                         20 Mag.

LEIGH MURRAY,

                         Defendant.
------------------------------------------------------------------X

Defendant **LEIGH MURRAY.** hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒     Entry of a Deferred Prosecution Agreement

☐     Bail/Detention Hearing

☐     Pretrial conference


Leigh Murray by *Susanne Brody*                   *Susanne Brody*
Defendant's Signature                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Leigh Murray.                                        Susanne Brody
Print Defendant's Name                            Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

January 12, 2021                                 *Judith C. McCarthy*
Date                                                   U.S. Magistrate Judge
                                                    Southern District of New York