## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **20 Mag. 1480**

USAO No. **2020R00175**

Date **January 10, 2022**

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint      Removal Proceedings in

United States v. **Leigh Murray**

The Complaint/Rule 40 Affidavit was filed on **February 10, 2020**

*U.S. Marshals please withdraw warrant*

DEREK WIKSTROM
Digitally signed by DEREK WIKSTROM
Date: 2022.01.10 08:57:07 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 1/10/2022

*[signature]*

UNITED STATES MAGISTRATE JUDGE